LINDA J. SLACK *v.* RAYMOND B. SLACK

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 902 (AC 20686), is denied.

NORCOTT and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Nicholas J. Gorra,* in support of the petition.

*Edward J. Dolan,* in opposition.

Decided February 7, 2001

CB COMMERCIAL/HAMPSHIRE, LLC *v.* SECURITY MUTUAL LIFE INSURANCE COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 61 Conn. App. 144 (AC 20986), is denied.

*Edward T. Krumeich,* in support of the petition.

*Eric M. Gross,* in opposition.

Decided February 7, 2001